**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-7738**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERIC CREIGHTON SAMPSON,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. William L. Osteen, District
Judge, sitting by designation. (CR-95-31-3, CA-99-127-3)

―――――――――

Submitted: January 17, 2002          Decided: January 29, 2002

―――――――――

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Eric Creighton Sampson, Appellant Pro Se. Gretchen C.F. Shappert,
Assistant United States Attorney, Charlotte, North Carolina, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eric Creighton Sampson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Sampson, Nos. CR-95-31-3; CA-99-127-3 (W.D.N.C. filed July 25, 2001; entered July 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED